UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

UNITED STATES OF AMERICA )
v. ) CASE NO. 04-20401-Ma
HENRY WILLIAMS )

__APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM__

Special Assistant United States Attorney E. Greg Gilluly, Jr.

applies to the Court for a Writ to have __ADAM LEE McLAURIN, RNI #__

__270023, DOB: 08/22/1979, BOOKING # 03124637__, now being detained in

the Shelby County Penal Farm appear at the United States Attorney's

Office for a pre-trial interview on Tuesday, April 5, 2005 at 10:00

a.m. and such other appearances as this Court may direct.

Respectfully submitted on April 1, 2005.

E.  Greg Gilluly, Jr.
Special Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshal, Western District of Tennessee,

Memphis, TN, Sheriff/Warden, Shelby County Penal Farm:

YOU ARE HEREBY COMMANDED to have __ADAM LEE McLAURIN, RNI #__

__270023, DOB: 08/22/1979, BOOKING # 03124637__, appear at the United

States Attorney's Office on the date and time aforementioned.

ENTERED this ___ day of April, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-4-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 46 in
case 2:04-CR-20401 was distributed by fax, mail, or direct printing on
April 4, 2005 to the parties listed.

---

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE
167 N. Main Street
Suite 800
Memphis, TN 38101

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT