IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ▲C D.C.

05 AUG -1  AM 10: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

VS.

NO. 04-20401-MaP

HENRY A. WILLIAMS,

   Defendant.

## ORDER OF REFERENCE

This matter is referred to the magistrate judge for a hearing to determine if defendant Henry A. Williams qualifies for appointment of counsel for appeal purposes under the Criminal Justice Act.

It is so ORDERED this 29th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  2-2-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CR-20401 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael Robert McCusker
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT